UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-00054-CJC(RNBx) | Date June 6, 2009 |

Title   In The Matter of the Complaint of Daniel Gene Ashcraft as Owner of the Vessel "All Decked Out" For Exoneration From, Or Limitation of, Liability

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON RULE 26(f) REPORT OF SETTLEMENT

     The Court, having been advised by counsel that this action has been settled by Rule 26(f) Report filed on May 22, 2009, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

     The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

                                                                                        : 0

Initials of Preparer   mu